WILLIAM McCAFFERTY, APPELLANT, *v.* NICHOLAS H. DECKER, RESPONDENT.

*Money had and received for plaintiff's use — when action lies for.*

The defendant, who had contracted to construct a portion of a railroad, sublet a part of the contract to Fisher & Hart, who employed laborers who worked for them upon the road. Subsequently, Fisher & Hart having absconded, the defendant paid to the laborers the amounts due to them. It appeared that, in paying the laborers, it was customary to deduct from the wages due to each

---

* Durant v. Gardner, 10 Abb., 445 ; Sipperly v. Troy and Boston Railroad Co., 9 How., 83

laborer the amount due from him to his boarding-house keeper, or to persons who had sold goods to him, or his boarding-house keeper for him. In pursuance of this custom, the defendant retained $458.16, being the amount due to the plaintiff for goods sold by him to laborers and boarding-house keepers. In an action brought by the plaintiff to recover such amount, *held*, that he was entitled to recover the same from the defendant, as money had and received by him for plaintiff's use.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

*William Barney*, for the appellant.

*J. H. G. Blythe*, for the respondent.

Opinion by DONOHUE, J.

Present — BARNARD, P. J., TAPPEN AND DONOHUE, JJ.

Judgment reversed, and new trial granted, at the circuit.